# RECORD RETENTION FORM - CRIMINAL CASES

**Appellate Cause No.: 05-12-01228 & 01229-CR**

**Style:   Adolfo Salazar v. The State of Texas**

**County:  Dallas**

**Published:  No**

**Case Disposition & Date:   Affirmed, July 15, 2013**

**Description/Subject of Case:**  The trial court adjudicated appellant guilty of burglary of a habitation and aggravated robbery and assessed punishment of twenty years' imprisonment on the burglary offense and sixty years' imprisonment on the aggravated robbery offense.  Appellant contends his guilty plea to the aggravated robbery charge was not knowing and voluntary and the trial court erred by denying his motion to strike an allegation in the State's motion to adjudicate guilt.

**RECOMMENDATION:  [ ] Destroy          [ X ] Retain** (Keep only opinions that fall under archive retention criteria - see list below)

**[ X ]    The sentence imposed in the criminal case is more than 20 years confinement.  (In the event there are companion cases, if the sentence in any case is more than 20 years, the records of all companion cases must be retained.)**

**[  ]    The case involves a sex offense and the defendant is sentenced to the penitentiary for that offense.**

**[  ]    The appeal involves a ruling on a motion for post-conviction DNA testing under chapter 64 of the Texas Code of Criminal Procedure and the record of an appeal of the underlying conviction was or would have been designated for retention (i.e., sentence(s) more than 20 years confinement; sex offense in which defendant sentenced to prison).**

**[  ]    The opinion in the case is published.**

**[  ]    The case contains unique information regarding local history, public figures (including victims, complainants, or witnesses), local events, or there are aspects of the case which are particularly notorious;**

**[  ]    The records, in the opinion of the clerk or other person designated by the Court, contain highly concentrated, unique, and valuable information unlikely to be found in any other source available to researchers;**

**[  ]    The records have been determined to be archival state records;**

**[  ]    The records are indexes, original opinions, minutes, and general court dockets which have not been microfilmed.**

**SIGNED:  __/s/ Justice Robert M. Fillmore__**

**DATE:      July 15, 2013                              SERIES NO.:_____**